**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Carlos SANCHEZ-SANTILLAN,**
**Defendant-Appellant**

**No. 16-10812**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 12/20/2016

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Sherylynn Ann Kime-Goodwin, Assistant Federal Public Defender, Helen Miller Liggett, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant-Appellant

Before DENNIS, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Carlos Sanchez-Santillan raises an argument that is foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that convictions used to enhance a sentence under 8 U.S.C. § 1326(b) need not be set forth in the indictment. Accordingly, the motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.